IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-333-D

| | |
|---|---|
| JOHN RONALD WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

On September 10, 2018, John Ronald White ("White" or "plaintiff"), appearing pro se, filed a motion to have all case documents sent by CM/ECF system [D.E. 15]. The motion is unclear. White has access to the CM/ECF system to review the court's docket through the public access terminals in the clerk's office and via PACER. White also can be a receiving user of CM/ECF. See Local Civil Rule 5.1(b). The rules of this court, however, prohibit White from electronic filing with this court. See id.

Plaintiff's motion for access to pacer to file electronically [D.E. 15] is DENIED. To the extent that plaintiff wants to register to be a receiving user under Local Civil Rule 5.1(b)(2) he may do so.

SO ORDERED. This 15 day of October 2018.

JAMES C. DEVER III
United States District Judge