UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN RONALD WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-333-D** |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 9], DISMISSES the complaint without prejudice, and DENIES plaintiff's motions [D.E. 13, 17, 22].

**This Judgment Filed and Entered on January 9, 2019, and Copies To:**

John Ronald White                         (via CM/ECF electronic notification)

Sean P. O'Donnell                         (via CM/ECF electronic notification)

DATE:                                     PETER A. MOORE, JR., CLERK

January 9, 2019                           (By) /s/ Nicole Sellers
                                          Deputy Clerk